IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DONNIE STEVERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-001 |
| | ) | |
| BETTY McDOWELL; STAN SHEPARD; | ) | |
| DOCTOR HINSON; LT. COLLIER; | ) | |
| OFFICER JACKSON; | ) | |
| OFFICER BERRY; and | ) | |
| HENRY YOUNG, CERT Sgt., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Magistrate Judge made his recommendation for dismissal on January 13, 2017, and objections were originally due on January 30, 2017. (Doc. nos. 4, 5.) Plaintiff then received two, lengthy extensions of time to object, and the Magistrate Judge warned Plaintiff that the final extension until March 24, 2017, would be the last granted. (See doc. nos. 6-9.) In lieu of objections, Plaintiff filed a "Notice of Non-Compliance to Magistrate Order," in which Plaintiff seeks yet another, non-specific extension of time to file objections. (Doc. no. 10.)

The Court **DENIES** Plaintiff's third request for an extension of time. Plaintiff has received nearly two months longer than the standard amount of time allowed for objecting. He offers nothing to explain why he is able to submit multiple requests for extensions of time

but is not able to actually prepare objections. Moreover, the recommendation for dismissal is without prejudice, and nothing in this Order adopting the recommendation puts any additional restrictions on Plaintiff's future filing activities beyond those already in place for any prisoner filing a new case in federal court.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DENIES** Plaintiff's request to proceed *in forma pauperis* and motion for appointment of counsel, (doc. nos. 2, 3), **DISMISSES** this case without prejudice, and **CLOSES** this civil action. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit, which would require submission of a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 3rd day of April, 2017, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA